UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MCKINNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00248-DAD-BAM<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO STAY CASE**<br><br>(Doc. 18) |

Currently before the Court is the parties' Stipulation and Joint Motion to Stay Case filed on May 25, 2021. (Doc. 18.) The parties request that the Court enter a stay of this case through June 25, 2021, and that the Court vacate the Scheduling Conference currently set for June 8, 2021. The parties explain that this case is part of a larger group of cases that has settled in principle and assert that a 30-day stay will permit the parties to finalize a global settlement of this and all cases filed by Plaintiff's counsel in similar matters. (*Id.*)

Upon consideration, and for good cause appearing, the parties' Stipulation and Joint Motion to Stay Case is GRANTED. This action is temporarily stayed through June 25, 2021, and the Scheduling Conference currently set for June 8, 2021, is HEREBY VACATED.

///

///

If the parties have not finalized settlement by June 25, 2021, then they shall file a joint status report no later than **June 29, 2021**, updating the Court on the status of settlement discussions.

IT IS SO ORDERED.

Dated: __**May 27, 2021**__     /s/ *Barbara A. McAuliffe* _
                                UNITED STATES MAGISTRATE JUDGE